UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENO BAKER,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-1120-T-23TGW

CITY OF SAFE HARBOR, FLORIDA,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a March 31, 2008, order (Doc. 26) referred the defendant's motion for summary judgment (Docs. 15) to the United States Magistrate Judge for a report and recommendation. Following a June 2, 2008, hearing on the motion, the Magistrate Judge issued a 67-page report and recommendation (Doc. 68). Each party objects (Docs. 75, 76) to the report and recommendation.

A review of the parties' memoranda on the motion for summary judgment, the Magistrate Judge's report and recommendation, and the parties' objections reveals no error in the Magistrate Judge's assessment of the facts or application of law. Accordingly, each party's objections (Doc. 75, 76) are **OVERRULED**. The Magistrate Judge's report and recommendation (Doc. 68) is **ADOPTED**. The defendant's motion (Doc. 15) for summary judgment is **GRANTED IN PART** and **DENIED IN PART**.

The defendant's motion for summary judgment on the following claims is **DENIED**:

(1) race harassment pursuant to Title VII and the Florida Civil Rights Act ("FCRA");

(2) retaliation pursuant to Title VII and the FCRA regarding the defendant's 2004-2005 evaluation of the plaintiff.

The defendant's motion for summary judgment is **GRANTED** on the remaining claims. The Clerk is directed to enter judgment in favor of the defendant and against the plaintiff on the following claims:

(1) discrimination pursuant to 42 U.S.C. § 1981 (Count V);

(2) race discrimination based on disparate treatment pursuant to Title VII and the FCRA;

(3) retaliation pursuant to Title VII and the FCRA (except for the claim involving the defendant's 2004-2005 evaluation of the plaintiff).

ORDERED in Tampa, Florida, on September 12, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE