**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
<u>TAMPA DIVISION</u>**

**GENO BAKER,**

       Case No.: 8:07-cv-1120-T-23TGW

    **Plaintiff,**

**vs.**

**CITY OF SAFETY HARBOR, FLORIDA**

    **Defendant.**
_____/

**<u>JOINT STIPULATION OF SETTLEMENT OF ATTORNEY'S FEES AND COSTS</u>**

Counsel for the Plaintiff, GENO BAKER in connection to Plaintiff's Motion for Attorney's Fees, Costs and Expenses [Doc No. 103] and counsel for the Defendant, CITY OF SAFETY HARBOR, FLORIDA, in connection to Defendant's Motion for Attorney's Fees and Costs [Doc No. 107], Defendant's Motion for Costs and Expenses [Doc No. 108] and Defendant's Proposed Bill of Costs [Doc No.109], hereby files this Joint Stipulation of Settlement of Attorney's Fees and Costs and requests that pursuant to Local Rule 3.08, this Court should remove this cause from the present docket and keep the file open for administrative purposes for the next 60 days for purposes of allowing parties to complete all matters relating to the verbal settlement.

**Dated  22nd  day of December, 2008.**

| | |
|---|---|
| **Angela E. Outten, Esquire** | Richard M. Pierro, Jr., Esquire |
| Florida Bar No.:0002569 | Florida Bar No.: 0013023 |
| REESER, RODNITE, OUTTEN | ALLEN, NORTON & BLUE, P.A. |
|  & ZDRAVKO, P.A. | 324 S. Hyde Park Avenue #225 |
| 3411 Palm Harbor Boulevard, | Tampa, FL 33606 |
| Suite #A | Telephone: (813)251-1210 |
| Palm Harbor, Florida  34683 | Facsimile: (813)253-2006 |
| Telephone: (727) 787-5919 | Email: mlevitt@anblaw.com |
| Facsimile: (727) 787-6685 | |
| Email: aoutten@rrozlaw.com | |
| By:__s/ Angela E. Outten_____ | By: _____s/Richard M. Pierro__ |
| Angela E. Outten, Esquire | Richard M. Pierro, Jr., Esquire |

| | |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| | - and – |
| | Mark E. Levitt, Esquire |
| | Florida Bar No.: 0193190 |
| | ALLEN, NORTON & BLUE, P.A. |
| | 324 S. Hyde Park Avenue #225 |
| | Tampa, FL 33606 |
| | Telephone: (813)251-1210 |
| | Facsimile: (813)253-2006 |
| | Email: rpierro@anblaw.com |
| | Attorney for Defendant |