UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENO BAKER,

    Plaintiff,

v.                                           CASE NO: 8:07-cv-1120-T-23TGW

CITY OF SAFETY HARBOR, FLORIDA,

    Defendant.
_____/

**ORDER**

The parties stipulate (Doc. 121) that they have settled the pending motions for attorney fees and costs. Accordingly, the parties' stipulation is **APPROVED**, and the plaintiff's motion (Doc. 103) for attorney fees, costs, and expenses; the defendant's motion (Doc. 107) for attorney fees and costs; the defendant's motion (Doc. 108) for costs and expenses; and the defendant's proposed bill of costs (Doc. 109) are **DENIED WITHOUT PREJUDICE** to the right of any party within sixty (60) days from the date of this order to (1) submit a stipulated form of final order or judgment concerning fees and costs or (2) re-assert a claim for attorney's fees or costs upon a showing of good cause.

ORDERED in Tampa, Florida, on December 22, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

xc:     Magistrate Judge